Motion GRANTED for extension to 7/1/13.

UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF TENNESSEE AT NASHVILLE

WYNDHAM VACATION
RESORTS, INC.,                              MCase No. 2:12-cv-0096

       Plaintiff,

VS.

                                       Judge Trauger

THE CONSULTING GROUP, INC.,
SUPERIOR VACATIONS, INC.,
SUPERIOR TIMESHARE CLOSING,
RAY SPIGNER, MICHAEL DEAN             JURY DEMAND
SPIGNER, CHARLES SIMERKA,
JUDITH McGINTY, and
JOHN AND JANE DOES 1 – 10,

       Defendants.

## MOTION TO EXTEND TIME TO AMEND PLEADINGS DUE TO DEFENDANTS' NON-COMPLIANCE WITH DISCOVERY AND RULE 26 DISCLOSURES

Comes now Plaintiff, Wyndham Vacation Resorts, Inc., and moves this Court for an Order extending time to amend Pleadings. This Motion is predicated upon the following:

(1) This litigation relates to fraudulent real estate conveyances. Defendants charge $3,000 for attorney's fees to cancel Wyndham contracts, but Defendants' discovery responses and deposition testimony refused to provide a name for this attorney. (Exhibits # 1 & 2);

(2) Superior failed to provide (during deposition, in response to discovery and Rule 26 disclosures) an address or contact information for Kevin Scott Klein to whom Superior has transferred approximately 34 Wyndham deeds. (Exhibits # 3 & 4);

(3) Wyndham discovered 139 <u>completed</u> fraudulent conveyances. Superior, however, produced 96 files for <u>completed</u> Wyndham transfers. 43 files have not been produced;

(4) Superior failed to produce any files for approximately 60 <u>uncompleted</u> closings or conveyances or in transition. (resulting in excess of 100 files not produced); and

1