UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

WYNDHAM VACATION RESORTS, INC., )
and, WYNDHAM VACATION )
MANAGEMENT, INC., )
)
    Plaintiff, ) Case No. 2:12-cv-00096
) Judge Aleta A. Trauger
v. )
)
THE CONSULTANT GROUP, SMOKEY )
MOUNTAIN GETAWAYS, LLC, MOUNTAIN )
GETAWAYS, LLC, JEFF EARLE, SUPERIOR )
VACATIONS, INC. d/b/a SUPERIOR )
TIMESHARE CLOSING, RAY SPIGNER, )
MICHAEL DEAN SPIGNER, CHARLES )
SIMERKA, JUDITH McGINTY, DANIEL )
GARRETT, and CHRISTAL FRANKLIN, )
)
    Defendants. )

## ORDER

For the reasons set forth in the accompanying Memorandum, the court finds as follows:

- The Motion to Dismiss filed by defendants Jeff Earle and Smokey Mountain Getaways (Docket No. 105) is **GRANTED IN PART and DENIED IN PART**.

- The Motion for Judgment on the Pleadings filed by defendants Michael Dean Spigner, Ray Spigner, and The Consultant Group, Inc. (collectively, the "Spigner Defendants") (Docket No. 144) is **GRANTED IN PART and DENIED IN PART**.

- The plaintiffs' Motion to Strike (Docket No. 172) is **DENIED**.

- All claims by Plaintiff Wyndham Vacation Management, Inc. are hereby **DISMISSED**. Future case captions shall reference only the plaintiff Wyndham Vacation Resorts, Inc. ("WVR").

- Plaintiff WVR's fraud claims against the Spigner Defendants, Earle, and SMG are hereby **DISMISSED**.

1

- WVR's breach of duty of loyalty claim against Dean Spigner is hereby **DISMISSED**.

- WVR's remaining claims will proceed.

It is so **ORDERED**.

Enter this 14th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge