# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WYNDHAM VACATION RESORTS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 2:12-cv-00096 |
| ) | Judge Aleta A. Trauger |
| **v.** ) | |
| ) | |
| **THE CONSULTANT GROUP, SMOKEY** ) | |
| **MOUNTAIN GETAWAYS, LLC, MOUNTAIN** ) | |
| **GETAWAYS, LLC, JEFF EARLE, SUPERIOR** ) | |
| **VACATIONS, INC. d/b/a SUPERIOR** ) | |
| **TIMESHARE CLOSING, RAY SPIGNER,** ) | |
| **MICHAEL DEAN SPIGNER, CHARLES** ) | |
| **SIMERKA, JUDITH McGINTY, DANIEL** ) | |
| **GARRETT, and CHRISTAL FRANKLIN,** ) | |
| ) | |
| **Defendants.** ) | |

## PRELIMINARY INJUNCTION

It is hereby **ORDERED** that, conditioned upon the posting of a $5,000.00 cash, surety or property bond by the plaintiff, defendants The Consultant Group, Inc., Ray Spigner, Michael Dean Spigner, Superior Vacations, Inc. d/b/a Superior Timeshare Closing, Daniel Garrett, and Christal Franklin, and their officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all other acting in active concert or participation with them are hereby **PRELIMINARILY ENJOINED** from the following actions, pending further order of the court:

(1) Transferring or facilitating the transfer of Wyndham deeds to individuals that have neither consented to the transfer nor have knowledge of the specific transfer;

(2) Fraudulently conveying or facilitating fraudulent conveyances of Wyndham deeds to sham entities and sham individuals;

(3) Charging or quoting upfront fees for the sale of or transfer of Wyndham deeds without having a legitimate, non-sham, third-party purchaser in place; and

1

(4) Holding themselves out to the public as employees, agents, or representatives of Wyndham.

It is **ORDERED**.

Enter this 15th day of May 2014.

_____
ALETA A. TRAUGER
United States District Judge