# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) ) ) | **Motion GRANTED.** |
| Plaintiff | ) ) | |
| v. | ) ) | No. 2:12-cv-00096 |
| THE CONSULTANT GROUP, SMOKEY MOUNTAIN GETAWAYS, LLC, MOUNTAIN GETAWAYS, LLC, JEFF EARLE, SUPERIOR VACATIONS, INC. d/b/a SUPERIOR TIMESHARE CLOSING, RAY SPIGNER, MICHAEL DEAN SPIGNER, CHARLES SIMERKA, JUDITH McGINTY, DANIEL GARRETT, and CHRISTAL FRANKLIN, | ) ) ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

---

## MOTION TO WITHDRAW

---

The undersigned counsel hereby respectfully moves to withdraw as counsel for The Consultant Group, Ray Spigner, Michael Dean Spigner, Superior Timeshare Closing, Judith McGinty, Daniel Garrett, and Christal Franklin. In support of this Motion, counsel advises the Court that an irremediable conflict of interest has arisen among some of counsel's clients, and that counsel's continued representation of any of his clients in this action cannot continue. Counsel has contacted the Tennessee Board of Professional Responsibility, who has advised counsel that he should withdraw completely from the case.

1