UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) |
| | ) |
| Plaintiff | ) |
| | ) No. 2:12-0096 |
| v. | ) Judge Trauger/Brown |
| | ) **Jury Demand** |
| THE CONSULTING GROUP, INC., *et al.*, | ) |
| | ) |
| Defendants | ) |

## O R D E R

Presently pending before the undersigned is a motion to prohibit destruction of evidence (Docket Entry 238); motion to strike certain responses to that motion (Docket Entry 248); motion to strike Docket Entry 255 (Docket Entry 257); and motion to strike Docket Entry 258 (Docket Entry 259). This matter was referred to the undersigned for a decision by Judge Trauger (Docket Entry 242). The matter was set for a hearing on August 5, 2014 (Docket Entry 261).

The parties have now filed a proposed consent order addressing the underlying motion (Docket Entry 270).

The Magistrate Judge finds that the motion is well-taken and commends the parties for resolving this issue for the present time. The Magistrate Judge will sign the consent order and the hearing on the matter is **CANCELED**. The **Clerk** will also terminate as moot the motions to strike Docket Entries 257 and 259.

It is so **ORDERED**.

/s/    Joe B. Brown
JOE B. BROWN
United States Magistrate Judge