*Motion is GRANTED.*

*[signature: Aleta A. Trauger]*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **WYNDHAM VACATION RESORTS, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 2:12-cv-000096** |
| | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **THE CONSULTANT GROUP, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL AND MOTION TO WAIVE FOURTEEN-DAY NOTICE REQUIREMENT FOR MOTION TO WITHDRAW

Comes now attorney Brian Walthart, pursuant to this Court's Memorandum & Order filed July 17, 2014 [DE 263] and Local Rule 83.01, and moves this Court for an Order allowing him to be stricken of record as counsel for Defendants Superior Vacations, Inc. and Superior Timeshare Closing (collectively, "Superior"). Mr. Walthart states the following in support of this motion:

1. Mr. Walthart was an associate attorney at DHPM, PC ("DHPM"), a law firm that once represented Superior in this litigation. As an associate attorney at that firm, he assisted attorney Greg Oakley, a partner at DHPM, with some aspects of Superior's defense. Mr. Walthart resigned his position with DHPM around August 2013. Before Mr. Walthart left DHPM in August 2013, he spoke with Daniel Garrett[1] and informed Mr. Garrett that he was leaving DHPM and that he would no longer be representing Superior. Since that time, Mr.

---

[1] Mr. Garrett was one of Superior's principals. Mr. Garrett is also an individual defendant in this action.