UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WYNDHAM VACATION RESORTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:12-cv-0096 |
| | ) | |
| THE CONSULTING GROUP, INC., et al. | ) | Judge Trauger/Brown |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

It appears that nothing further remains to be done by the undersigned Magistrate Judge. The **Clerk** is directed to terminate the referral and return the file to Judge Trauger for the further proceedings set before her.

It is so **ORDERED**.

 /s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge