# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| Wyndham Vacation Resorts, Inc., | ) |
| | ) Case No. 2:12-cv-0096 |
| Plaintiff, | ) |
| | ) Judge Trauger |
| v. | ) |
| | ) |
| The Consultant Group, et al., | ) |
| | ) |
| Defendants | ) |

## **ENTRY OF DEFAULT**

Pending is the Motion for Entry of Default filed by Plaintiff (Docket Entry No. 281) against Defendant Superior Vacations, Inc., d/b/a Superior Timeshare Closing. The Defendant filed an Answer but counsel has withdrawn and Defendant has failed to retain new counsel as required by the Court. Accordingly, pursuant to Plaintiff's motion and the Order of the Court (Docket Entry No. 263), the Clerk hereby enters default against Defendant Superior Vacations, Inc., d/b/a Superior Timeshare Closing pursuant to Federal Rule of Civil Procedure 55(a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court