IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| WYNDHAM VACATION RESORTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 2:12-0096 |
| ) | Judge Trauger |
| THE CONSULTING GROUP, INC., ) | |
| SUPERIOR VACATIONS, INC., ) | |
| SUPERIOR TIMESHARE CLOSING, ) | |
| RAY SPIGNER, MICHAEL DEAN SPIGNER, ) | |
| CHARLES SIMERKA, JUDITH MCGINTY, ) | |
| JOHN AND JANE DOES 1-10, ) | |
| DANIEL GARRETT, and ) | |
| CHRISTAL FRANKLIN, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is hereby **ORDERED** that the Motion For Contempt filed by the plaintiff (Docket No. 396) shall be **HELD IN ABEYANCE** pending the resolution of the discovery dispute discussed with the court by telephone on November 21, 2014. It appears that resolution of the discovery dispute will impact resolution of the Motion For Contempt, and the parties are hereby granted permission to file supplemental briefs on the Motion For Contempt, should they be necessary.

It is so **ORDERED**.

ENTER this 1st day of December 2014.

_____
ALETA A. TRAUGER
U.S. District Judge