UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

WYNDHAM VACATION RESORTS, INC., )
)
    Plaintiff )
) No. 2:12-0096
v. ) Judge Trauger/Brown
) **Jury Demand**
THE CONSULTING GROUP, INC., )
*et al.*, )
)
    Defendants )

## O R D E R

    Judge Trauger referred Docket Entries 326 and 327 to the undersigned. The Plaintiff's motion to compel and for sanctions against The Consulting Group (Docket Entry 326), and the Plaintiff's motion for contempt against Allyance Partners (Docket Entry 327). The Allyance Partners Inc. shall file by **January 27, 2015**, a response to the motion for contempt.

    In reviewing the motions to compel as to The Consulting Group (Docket Entry 326) the Magistrate Judge notes that the attached return of the subpoena does not show that the witness fees were tendered as required by Rule 45(b)(1), nor is the block for production checked, nor does the subpoena bear an attorney's signature. The subpoena appears to bear the attorney's name of R. Douglas Henson, but then has "with permission" and someone's initials. This does not appear to be an attorney's signature, as such.

    Counsel should file, within **seven days**, a response to the Magistrate Judge as to whether this subpoena is enforceable as served. The **Clerk** will send a copy of this order to Allyance

Partners at the address shown on the subpoena return (Docket Entry 327).

A hearing on both motions is set for **Tuesday, February 10, 2015, at 1:30 p.m., Courtroom 783,** unless the parties advise the Magistrate Judge that the two motions have been resolved.[1]

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

---

[1] In the even two motions to compel (docket entries 333 and 334) are referred to me they will be heard at the same time.