AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

WYNDHAM VACATION RESORTS, INC.

**NOTICE**

V.

THE CONSULTING GROUP, INC., et al.

CASE NUMBER: 2:12-cv-0096

---

TYPE OF CASE:

X CIVIL ___ CRIMINAL

---

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**ORAL ARGUMENT HEARING ON PLAINTIFF'S PENDING MOTION TO DISQUALIFY (DOCKET ENTRY 382).**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. District Court<br>801 Broadway, Ctrm 783<br>Nashville, TN 37203 | Monday, May 4, 2015<br>@ 2:00 p.m. | Wednesday, May 6, 2015<br>@ 2:00 p.m. |

JOE B. BROWN, U.S. MAGISTRATE JUDGE
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 23, 2015
DATE

*[signature]*
(BY) DEPUTY CLERK

---

TO: Counsel of Record via electronic notice.