UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

Motion GRANTED.

WYNDHAM VACATION RESORTS, INC.,

    Plaintiff,

VS.

THE CONSULTANT GROUP, et al.

    Defendants.

Case No. 2:12-cv-00096

Judge Trauger

Magistrate Judge Brown

## MOTION TO WITHDRAW

COME NOW, Andrew W. Coffman, counsel for Plaintiff Wyndham Vacation Resorts, Inc. ("Wyndham") and hereby files his Motion to Withdraw as Counsel for Wyndham in this matter. Mr. Coffman respectfully states that Wyndham will not be prejudiced by such withdraw because it will still be represented by an attorney from King & Ballow, including R. Eddie Wayland, who is currently a counsel of record, and lead counsel for Wyndham in this case.

Respectfully submitted,

KING & BALLOW
By: /s/Andrew W. Coffman
R. Eddie Wayland BPR 6045
R. Douglas Hanson, II BPR 017387
Andrew W. Coffman BPR 027160
acoffman@kingballow.com
Attorneys for Wyndham Vacation Resorts, Inc.
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Tel: (615) 259-3456
Fax: (615) 726-5417

1